UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PETER SANTIAGO,

                        Plaintiff,                      **ORDER**

        -against-                      24 Civ. 9193 (AEK)

YASIR BENHOUSSA and G ARNAUTU
EXPRESS INC.,

                       Defendants.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The parties have consented to my jurisdiction for all purposes pursuant to 28 U.S.C. § 636(c). ECF No. 20. The Court hereby orders the following schedule for expert discovery: (i) Plaintiff's expert disclosures are to be provided by **12/5/2025**; and (ii) Defendants expert disclosures are to be provided by **1/23/2026**. As previously ordered, the parties are to file a letter by **9/26/2025**, regarding how they would like to proceed with mediation. Expert depositions will be held in abeyance pending the outcome of any mediation. The parties must file a status update letter by **1/30/2026**, confirming that all expert disclosures have been exchanged.

Dated: September 12, 2025
       White Plains, New York

                                        **SO ORDERED.**

                                        _____
                                        ANDREW E. KRAUSE
                                        United States Magistrate Judge