UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PETER SANTIAGO,

Plaintiff,

**ORDER**

-against-

24 Civ. 9193 (AEK)

YASIR BENHOUSSA and G ARNAUTU EXPRESS INC.,

Defendants.
-----------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

The Court has been informed that the parties have reached a settlement in principle in this matter. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs to any party, and without prejudice to restoring the action to the Court's calendar, provided the application is made within 45 days of this Order. Any application to reopen that is filed after 45 days from the date of this Order may be denied solely on that basis.

Dated: October 5, 2026
White Plains, New York

**SO ORDERED.**

ANDREW E. KRAUSE
United States Magistrate Judge